IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Bertha Mize-Jackson, as next friend for M.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>Andre Walker, MV Transportation, Inc., of California, and Greater Peoria Mass Transit District,<br><br>Defendants. | Case No. 19 CV 1252 |

## Plaintiff's Notice of Voluntary Dismissal (Unopposed)

Plaintiff Bertha Mize-Jackson, as next friend for M.M., a minor, through her attorneys, respectfully submits this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41. In support, Plaintiff states:

1. Rule 41 permits a plaintiff to voluntarily dismiss an action without prejudice by filing a notice of dismissal so long as the defendant has not filed an answer or a motion for summary judgment. Fed.R.Civ.P. 41(a).

2. At this time, Plaintiff is seeking to voluntarily dismiss this matter without prejudice.[1]

3. Counsel for Plaintiff has conferred with counsel for Defendant MV Transportation, who has filed a motion to dismiss. Counsel for Defendant MV

---

[1] Plaintiff will voluntarily dismiss the ADA claim against Defendant MV Transportation with prejudice. All other claims are without prejudice.

Transportation has no objection to Plaintiff's voluntary dismissal of this matter.

For those reasons, Plaintiff respectfully requests the Court enter an order terminating this litigation without prejudice pursuant to Plaintiff's notice of voluntary dismissal and deny Defendant MV Transportation's motion to dismiss as moot.

                                                   Respectfully submitted,
                                                   */s/ Shawn W. Barnett*
                                                   One of the attorneys for Plaintiff
                                                   Attorney No. 6312312

Hale & Monico LLC
Andrew Hale
Shawn W. Barnett
53 West Jackson, Suite 330
Chicago, IL 60604
(312) 870-6905

<u>Certificate of Service</u>

I, the undersigned attorney, certify that I filed the foregoing with the Clerk of the Central District of Illinois using the Court's electronic filing system. As a result, copies of the filed document were electronically served upon all counsel of record.

*/s/ Shawn W. Barnett*
